IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:01CR101 |
| v. | ) | |
| AUGUSTIN SALCEDO-VALENZUELA, NOE ABEL LAZALDE, | ) | ORDER |
| Defendants. | ) | |

This matter is before the Court on plaintiff's motion for dismissal, without prejudice, of the Indictment filed herein, as it relates to defendants Augustin Salcedo-Valenzuela and Noe Abel Lazalde (Filing No. 511). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED:

1. Plaintiff's motion for dismissal (Filing No. 511) is granted.

2. The Indictment filed herein, as it relates to defendants Augustin Salcedo-Valenzuela and Noe Abel Lazalde, is dismissed without prejudice.

DATED this 30th day of June, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court